UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KESHONE OWENS,<br><br>                       Plaintiff,<br>    v.<br>JAMES DZURENDA, et al.,<br><br>                      Defendants. | Case No. 2:19-cv-00126-RFB-BNW<br><br>ORDER |

**1.  DISCUSSION**

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff has submitted an application to proceed *in forma pauperis*. (ECF Nos. 1,4.)[1] The Court issued an order screening Plaintiff's complaint on March 2, 2020. (ECF No. 8.) The screening order stayed this case and deferred a decision on Plaintiff's application to proceed *in forma pauperis* so that the parties could engage in the Court's Inmate Early Mediation program before a filing fee had to be paid. (*Id.*) The parties participated in a mediation conference, but a settlement was not reached. (ECF No. 19). Accordingly, the Court now addresses Plaintiff's application to proceed *in forma pauperis*.

Based on Plaintiff's financial certificate (ECF No. 4), Plaintiff does not qualify to proceed *in forma pauperis*. Therefore, the Court denies Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) without prejudice. Plaintiff must pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee) within 30 days. Alternatively, if Plaintiff believes that his circumstances have changed and that he now qualifies to proceed *in forma pauperis*, Plaintiff may file a new application to proceed *in forma pauperis* within 30 days. The stay in this case will remain in effect until Plaintiff

---

[1] The Court previously denied Plaintiff's application to proceed *in forma pauperis* because it did not include a financial certificate. (ECF No. 3.) However, Plaintiff later filed the financial certificate. (ECF No. 4.) As such, the Court will reconsider Plaintiff's application to proceed *in forma pauperis*.

1

either pays the filing fee or the Court rules on any new application to proceed *in forma pauperis*.

After the Court issued its screening order staying this action, Plaintiff filed three motions regarding setting a date for the mediation conference. (ECF Nos. 11, 13, 14.) Because the parties have participated a mediation conference, the Court denies these motions as moot.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed in forma pauperis (ECF No. 1) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed in forma pauperis by a prisoner, as well as the document entitled information and instructions for filing an in forma pauperis application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee); or (2) file a fully complete application to proceed in forma pauperis, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this case will be dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's motions regarding the status of the mediation conference (ECF Nos. 11, 13, 14) are denied as moot.

IT IS FURTHER ORDERED that the stay in this case remains in place. Neither party should file any motions or documents, except that Plaintiff may file a new application to proceed *in forma pauperis*.

DATED THIS 10th day of September 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2

United States District Court

# DISTRICT OF NEVADA

_____

**Plaintiff/Petitioner,**

v.

_____

**Defendant/Respondent,**

**APPLICATION TO PROCEED
*IN FORMA PAUPERIS*
*FOR INMATE***

**CASE NUMBER:**

I, _____, declare that I am the (*check the appropriate box*)

\_\_ Plaintiff
(filing 42 U.S.C. § 1983)

\_\_ Petitioner
(writ of habeas corpus
28 U.S.C. §§ 2254 or 2241)

\_\_ Movant
(filing 28 U.S.C. § 2255 motion)

\_\_ Other

\_\_ Defendant/Respondent

in this case. I am unable to prepay the fees of this proceeding or give security because of my poverty. I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In further support of this application, I answer the following questions:

1. Are you presently employed?   \_\_Yes   \_\_No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (List gross and net salary.)

   b. If the answer is "no," state the date of last employment and the amount of the salary or wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?   \_\_Yes   \_\_No

    b.    Rent payments, interest or dividends?     ___ Yes     ___ No
    c.    Pensions, annuities or life insurance payments?     ___ Yes     ___ No
    d.    Gifts or inheritances?     ___Yes     ___No
    e.    Any other sources?     ___Yes     ___No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts (include any funds in prison accounts, and any funds on deposit with a bank, saving & loan, etc., outside the prison)?
    ___ Yes     ___No

If the answer is "yes," state the total value and list the location of each account, type of account, and amount or balance in the account. Do not include your account number(s).

4. Do you own or have any interest in any real estate, stocks, bonds, notes, trusts, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
    ___ Yes     ___No

If the answer is "yes," describe the property, its location and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support each month.

6. Do you receive any income from disability, Social Security or any other pension?
    ___ Yes     ___No

If the answer is "yes," describe the source and amount received each month.

7. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?
    ___ Yes     ___No

If the answer is "yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer.

2

# ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my own knowledge and belief.

Further, I state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Further, I acknowledge that if any of the information included in this motion for leave to proceed *in forma pauperis* is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to, the following:

(1) dismissal of my case with prejudice;
(2) imposition of monetary sanctions;
(3) the Nevada Department of Prisons may bring disciplinary proceedings for a violation of MJ-48 of the Code of Penal Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and
(4) perjury charges.

Further, I hereby authorize the United States District Court, District of Nevada, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the said Court or its representative.

Further, I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Dated this ____ day of _____, 20 ___.

_____
(Signature of Applicant)

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed at _____       _____
(Location)                                                                      (Signature)

_____                        _____
(Date)                                                                             (Inmate Prison Number)

3

# **FINANCIAL CERTIFICATE**

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the court denies my *in forma pauperis* application;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $400.00 (which includes the $350 filing fee and a $50 administrative fee), which I must pay in full; and

(a) if my current account balance (line #1 below) is $400.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $400.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $400.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

(c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement. The $50 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

Type of action (check one):   ____ civil rights        ____ habeas corpus

_____         _____
INMATE NAME (printed)                  SIGNATURE & PRISON NUMBER
                       -------------------------------
1. CURRENT ACCOUNT BALANCE                                         _____

2. AVERAGE MONTHLY BALANCE*                                        _____

3. AVERAGE MONTHLY DEPOSITS*                                       _____

4. FILING FEE (based on #1, #2 or #3, whichever is greater)        _____

* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained
                       -------------------------------
I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
**(Please sign in ink in a)**
**(color other than black.)**                        _____
                                                     AUTHORIZED OFFICER

_____                       _____
DATE                                                 TITLE

4