UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KESHONE OWENS,<br><br>         Plaintiff,<br><br>    v.<br><br>DZURENDA, *et al.*,<br><br>         Defendants. | Case No. 2:19-cv-00126-RFB-BNW<br><br>**ORDER TO PRODUCE**<br>**KESHONE OWENS, #91402** |

TO:     KYLE OLSEN, WARDEN, WARM SPRINGS CORRECTIONAL CENTER, CARSON CITY, NV

**THE COURT HEREBY FINDS** that **KESHONE OWENS, #91402**, is presently in custody of the Nevada Department of Corrections, located at Warm Springs Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Warm Springs Correctional Center, or his designee, shall arrange for and produce **KESHONE OWENS, #91402**, on or about Monday, September 20, 2021, at the hour of 8:45 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **KESHONE OWENS, #91402**, is released and discharged by the said Court; and that **KESHONE OWENS, #91402**, shall thereafter be returned to the custody of the Warden, Warm Springs Correctional Center, Carson City, NV, under safe and secure conduct.

**DATED** this <u>14th</u> day of September 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**