Keslione M. Owens
#91402
Southern Desert CC
P.O Box 208
Indian Springs, NV 89070

3/15/2022

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
     COUNSEL/PARTIES OF RECORD
           MAR 17 2022
     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

United States District Court
District of Nevada

| Keslione Owens<br>Plaintiff<br>V.<br>James Dzurenda et al<br>Defendants | Case #: 2:19-CV-00126-RFB-BNW<br><br>STATUS CHECK |

I hereby, Keslione Owens #91402, Pro Se, submits a Status check

February·10·2022 The Honorable Magistrate Judge Brenda Weksler granted my motion to compel documents # 62 and 80 However she stayed the proceedings until the judge ruled on the jurisdiction.

I have not recieved any legal mail or information regarding his decision.

Magistrate judge Brenda Weksler stayed the motion to compel for two weeks, its over two weeks.

Can you please let me know whats going on. I am doing discovery so there is a time line.

3/15/22

KESHONE OWENS
#91402
Southern Desert CC
P.O Box 208
Indian Springs, NV
89070

## ORDER

IT IS ORDERED that the Clerk of Court shall send Plaintiff a copy of the docket sheet so that he may review the status of the case.

**IT IS SO ORDERED**
**DATED:** 5:42 pm, March 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

