KESHONE OWENS
#91402
SOUTHERN DESERT · CC
P.O Box 208
Indian Springs, NV 89070

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| KESHONE OWENS #91402 PLAINTIFF V. JAMES DZURENDA; et al, DEFENDANTS | CASE NO: 2:19-CV-00126-RFB-BNW MOTION FOR CLARIFICATION |
|---|---|

NOW, COMES, PLAINTIFF, KESHONE OWENS #91402, Pro Se, Hereby, ask the court for clarification on what's going on with my case?

Plaintiff wrote a letter requesting a status check March 17, 2022 and the clerks sent me a civil docket, but I'm still not understanding what's going on.

I moved to this prison Feb. 22. 2022 and I was locked down for two weeks Due to COVID PROTOCOL so I did not recieve any

objections from the defendants or an answer from the Judge regarding DOCUMENT 84.

Magistrate Judge Brenda Weksler Granted Motion to Compel Document 62 and 80 yet she stayed Plaintiff's motion for 2 weeks so the Judge could rule on any objections.

I don't understand what happen after that?

I'm a pro se litigant and im confused on what's going on with my case. May someone please help me understand better?

APRIL 5, 2022
Keshone Owens #91402
Southern Desert. CC
P.O Box 208
Indian Springs, NV 89070

## **ORDER**

IT IS ORDERED that ECF No. 91 is GRANTED. The Court previously granted Plaintiff's motions to compel. ECF No. 84. However, the Court stayed its order to allow Defendant to file an objection to the Court's order. *See id.* Defense counsel filed this objection, which remains pending. ECF No. 85. Defendant must comply with this Court's order on Plaintiff's motion to compel within two weeks of the district judge ruling on Defendant's objection, unless the objection is sustained. *See* ECF No. 84.

IT IS SO ORDERED
DATED: 5:34 pm, April 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# Certificate of Service

I, KESHONE OWENS #91402, hereby certify that I am the Plaintiff in this matter/case and I am representing myself, Pro Se.

On this April day of 5th 2022 I served copies of Motion for appointment of counsel, Declaration in support of plaintiffs motion for the appointment of counsel, and Motion for clarification in case No 2:19-CV-00126-RFB-BNW and placed said document(s) in E-File.

## Declaration under penalty of perjury

The undersigned declares under penalty of perjury that he is the petitioner in the above-entitled action, and he has read this certificate of service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C 1746 and 18 U.S.C 1621 at Southern Desert Correctional Center on April 5th, 2022