UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KESHONE OWENS,<br><br>          Plaintiff,<br><br>    v.<br><br>DZURENDA, *et al.*,<br><br>          Defendants. | Case No. 2:19-cv-00126-RFB-BNW<br><br>**ORDER TO<br>PRODUCE FOR<br>VIDEOCONFERENCE<br>KESHONE OWENS, #91402** |

TO:    GABRIELA NAJERA, SOUTHERN DESERT CORRECTIONAL CENTER INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **KESHONE OWENS, #91402**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or her designee, shall arrange for and produce **KESHONE OWENS, #91402**, on or about Tuesday, September 20, 2022, at the hour of 11:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **KESHONE OWENS, #91402**, is released and discharged by the said Court; and that **KESHONE OWENS, #91402**, shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 9th day of September, 2022.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**