Jim Hoffman
Nevada State Bar 13896
PO Box 231246
Las Vegas, NV 89105
(702) 483-1816
Jim.Hoffman.Esq@gmail.com
Attorney for Keshone Owens

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KESHONE OWENS, ) | |
| ) | Case No. 2:19-cv-00126-RFB-BNW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES DZURENDA ET AL., ) | |
| ) | **MOTION TO WITHDRAW** |
| Defendants. ) | |

JIM HOFFMAN, ESQ., hereby moves the Court to withdraw as counsel in this case.

DATED: 9/1/23

/s/ Jim Hoffman

Jim Hoffman, Esq

VS - 1

## MEMORANDUM OF POINTS AND AUTHORITIES

Keshone Owens filed a pro per complaint in the instant case in 2019. He litigated the case himself at first, but was later appointed counsel for an interlocutory appeal in the Ninth Circuit; the undersigned was separately appointed to represent him in proceedings in this Court. In May 2023, the Ninth Circuit ruled in the defendants' favor on the interlocutory issue.

The undersigned has recently taken a job with the Nevada State Public Defender's Office. The NSPD has a policy that prohibits the undersigned from having outside cases, and as a result the undersigned has withdrawn from all of his CJA cases as well as non-NSPD state cases. Therefore, the undersigned requests that the Court grant this motion to withdraw in the instant case.

DATED: 9/1/23

/s/ Jim Hoffman

Jim Hoffman, Esq

---

Having read and considered Counsel's Motion to Withdraw (ECF No. 112), it is **GRANTED**.

The Court notifies Plaintiff that this matter will be referred back to the Pro Bono Program for the possible appointment of counsel. However, there is no guarantee that counsel willing to represent Plaintiff will be located and appointed. Until that time, Plaintiff, alone, is responsible for pursuing this action, meeting court deadlines, and complying with the rules of procedure.

**IT IS SO ORDERED**

**DATED:** 3:17 pm, September 12, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE
VS - 2