1
2
3  **UNITED STATES DISTRICT COURT**
4  **DISTRICT OF NEVADA**
5  \* \* \*
6  KESHONE OWENS,                          Case No. 2:19-cv-00126-RFB-BNW
7                 Plaintiff,               **ORDER**
8        v.
9  JAMES DZURENDA, *et al.*,
10               Defendants.
11

12
13        Before the Court for consideration is the Report and Recommendation ("R&R") of the
14  Honorable Brenda Weksler, United States Magistrate Judge, dated July 24, 2024 (ECF No. 122).
15  For the reasons explained below, the Court adopts the R&R in full.
16        A district court "may accept, reject, or modify, in whole or in part, the findings or
17  recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific
18  written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. §
19  636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is
20  required to "make a de novo determination of those portions of the report or specified proposed
21  findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local
22  Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct
23  "any review," *de novo*[1] or otherwise, of the report and recommendations of a magistrate judge.
24  <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).
25        Here, Objections to the R&R were due on or before August 7, 2024. However, no objection
26  was filed. Therefore, the Cort adopts the R&R in full. <u>Id.</u>

27
28  _____

        [1] *De novo* review simply means a review by one court using the lower court's record but reviewing the evidence and the law without deference to the lower court's findings and rulings. <u>See</u> <u>Appeal</u>, <u>Black's Law Dictionary</u> (11th ed. 2019).

Therefore, for the foregoing reasons, **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 122) is ADOPTED in full.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court will close the case.

**IT IS FURTHER ORDERED** that the Clerk of Court will provide Plaintiff James Dzurenda with a physical copy of the Court's Order by U.S postage.

**DATED:** September 11, 2024.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**